THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0269-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| BRANDON BRANDRETH-GIBBS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial and pretrial motions dates (Dkt. No. 19). Pursuant to the parties' stipulation:

1.  The Court finds that the ends of justice will be best served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A);

2.  The Court further finds that the failure to grant such a continuance in this case would likely result in a miscarriage of justice because the government and the defendant would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i) and (iv);

MINUTE ORDER CR17-0269-JCC
PAGE - 1

3. Furthermore, the Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the case is unusual and complex, due to the nature of the prosecution, that it would be unreasonable to expect adequate preparation for trial within the time limits established by 18 U.S.C. § 3161 et seq.; and

4. The Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), that the period of delay is reasonable.

The Court ORDERS that the trial date is continued from December 18, 2017, to February 12, 2018. Pretrial motions are due no later than January 5, 2018.

It is further ORDERED that the resulting period of delay from December 18, 2017, through February 28, 2018, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

DATED this 22nd day of November 2017.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk