THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON BRANDRETH-GIBBS,<br><br>Defendant. | CASE NO. CR17-0269-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion for disclosure of a document currently under seal (Dkt. No. 42). On April 12, 2018, the Court held a sealed competency hearing at White Memorial Hospital in Los Angeles, CA. The parties sought a transcript of the hearing, but the court reporter has requested a court order directing disclosure of the transcript. (Dkt. No. 42) (citing C.D. Cal. Local Civ. R. 79-7.1). The parties now ask the Court for an order directing the court reporter to disclose a copy of the competency hearing transcript. (Dkt. No. 42 at 1.) Finding good cause, the Court GRANTS the parties' motion (Dkt. No. 42). The Court ORDERS that the court reporter provide counsel for the Government and counsel for the Defendant a copy of the transcript of Defendant's competency hearing, held on April 12, 2018 at 9:30 a.m.

//

DATED this 1st day of May 2018.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR17-0269-JCC
PAGE - 2