UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0269-JCC |
| Plaintiff, | ORDER |
| v. | |
| BRANDON BRANDRETH-GIBBS, | |
| Defendant. | |

This matter comes before the Court on Defendant's motions to seal (Dkt. Nos. 53, 59) and the Government's motion to seal (Dkt. No. 57). In their respective motions, the parties ask the Court to maintain under seal documents that were filed prior to a hearing held to determine whether to extend Defendant's commitment for additional restoration treatment. (*See* Dkt. Nos. 54, 58, 60.) These filings contain detailed information regarding the Defendant's mental health condition. The Court finds that Defendant's privacy interest in this information outweighs the public's general interest in access to the information. Therefore, the parties' motions to seal (Dkt. Nos. 53, 57, 59) are GRANTED.

The Clerk is DIRECTED to maintain under seal all documents and attachments filed under Docket Numbers 54, 58, and 60.

//

//

DATED this 12th day of October 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR17-0269-JCC
PAGE - 2