The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BRANDON BRANDRETH-GIBBS,<br><br>Defendant. | NO. CR17-269 JCC<br><br>(~~PROPOSED~~) ORDER GRANTING PARTIES' MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |

THE COURT has considered the United States' unopposed motion to continue the trial date and pretrial motions deadline, and the facts and circumstances described therein, which are hereby incorporated as findings of fact, and finds that:

(a) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(b) the Defendant and the United States have entered into a written Pretrial Diversion Agreement, with the approval of the Court, requiring the Defendant to abide by certain conditions for a period of twelve months in order to "demonstrate his good conduct," as set forth in 18 U.S.C. § 3161(h)(1); and

(c) the ends of justice will best be served by a continuance, and the ends of

ORDER GRANTING PARTIES' MOTION TO CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS DUE DATE
*U.S. v Brandreth-Gibbs*, CR17-269 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

justice outweigh the best interests of the public and the Defendant in a speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to Nov 7, 2019, and that pretrial motions shall be filed no later than Oct 1, 2019. The time for trial is tolled during the period from November 6, 2018, through the new trial date.

DATED this 6 day of Nov 2018.

HON. JOHN C. COUGHENOUR
United States District Judge

Presented by:

/s/ Marie M. Dalton
Assistant United States Attorney

/s/ Jennifer Wellman
Assistant Federal Public Defender

ORDER GRANTING PARTIES' MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE
*U.S. v Brandreth-Gibbs*, CR17-269 - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970