THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0269-JCC |
| Plaintiff, | ORDER |
| v. | |
| BRANDON BRANDRETH-GIBBS, | |
| Defendant. | |

This matter comes before the Court on a detention hearing (Dkt. No. 69). On November 6, 2018, Defendant entered into a pretrial diversion agreement with the United States. (Dkt. No. 70.) Having approved the pretrial diversion agreement, and subject to its terms, the Court ORDERS Defendant released from custody.

DATED this 6th day of November 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE