THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0269-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BRANDON BRANDRETH-GIBBS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On November 6, 2018, the Court ordered release of Defendant pursuant to a pretrial diversion agreement. (Dkt. No. 71.) The Court continued trial to November 7, 2019 and set the pretrial motions deadline as October 1, 2019. (Dkt. No. 71.) An evidentiary hearing on revocation of Defendant's pretrial diversion supervision is scheduled for October 15, 2019. (Dkt. No. 87.) The Court hereby ORDERS that pretrial motions shall be filed no later than October 22, 2019.

DATED this 25th day of September 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
CR17-0269-JCC
PAGE - 1