THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0269-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| BRANDON BRANDRETH-GIBBS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's unopposed motion to continue trial and the pretrial motions deadline (Dkt. No. 91). Having thoroughly considered the motion and the relevant record, the Court FINDS that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the Government and Defendant the reasonable time necessary for effective preparation due to the complexity and sensitivity of this case, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay, as the case is sufficiently

complex that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the current trial schedule, especially given the pending deferred prosecution agreement;

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of November 7, 2019, and the new trial date is necessary to provide counsel for the Government and Defendant the reasonable time necessary to prepare for trial, considering all of the facts set forth above.

Therefore, the Court GRANTS the Government's motion to continue trial and the pretrial motions deadline (Dkt. No. 91). Trial in the above captioned matter is CONTINUED from November 7, 2019 to January 21, 2020 at 9:30 a.m. The Court FINDS that the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv). Any pretrial motions shall be filed no later than January 8, 2020.

DATED this 18th day of October 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk