The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR17-269 JCC |
|---|---|
| Plaintiff | |
| v. | [PROPOSED] ORDER OF DISMISSAL |
| BRANDON BRANDRETH GIBBS, | |
| Defendant. | |

Upon motion by the United States of America, requesting dismissal with prejudice of the Indictment in the case of *United States v. Brandon Brandreth Gibbs*, CR17-269, pursuant to the terms of the Pretrial Diversion Agreement, along with the pending alleged violations of supervision; this Court, having reviewed the entirety of the files herein, hereby ORDERS:

The Indictment in the above-entitled cause, and the alleged violations of supervision, are DISMISSED WITH PREJUDICE.

ORDER OF DISMISSAL
CR17-269 / BRANDRETH GIBBS - 1

The Clerk of Court is directed to provide a copy of this Order of Dismissal to the United States Marshals Service.

Dated this 5 day of Nov, 2019.

JOHN C. COUGHENOUR
United States District Court Judge

Presented by:

/s/ Marie M. Dalton
MARIE M. DALTON
Assistant United States Attorney

ORDER OF DISMISSAL
CR17-269 / BRANDRETH GIBBS - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970